IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| REBEL HAYS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Civil Action No.: 1:14-cv-00579 |
| MEDICREDIT, INC. d/b/a THE OUTSOURCE GROUP, INC., | : |
| | : |
| Defendant. | : |

**CERTIFICATE OF MAILING**

I hereby certify that *Defendant's Motion for Enlargement of Time to Select Mediator* in the above-referenced matter was served via First Class Mail, Postage Pre-Paid on the following: Rebel Hays, 1120 Cedar St., Niles, MI 49120 on this 7th day of November 2014.

Respectfully submitted,

By:  */s/ Scott J. Dickenson*
Scott J. Dickenson, *pro hac vice*
Lathrop & Gage, LLP
7701 Forsyth Blvd., Suite 500
Clayton, MO 63105
(314) 613-2800
sdickenson@lathropgage.com

-and-

Derek D. McLeod (P66229)
Jaffe Raitt Heuer & Weiss, PC
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
dmcleod@jaffelaw.com

Dated: November 7, 2014

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above pleading was served by First Class Mail, postage pre-paid on this 7th day of November 2014 to the following:

Rebel Hays
1120 Cedar St.
Niles, MI 49120

*/s/ Scott J. Dickenson*

23039561v1