IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| REBEL HAYS )<br>Plaintiff. )<br> )<br>-v- )<br> )<br>MEDICREDIT INC d/b/a )<br>THE OUTSOURCE GROUP )<br>Defendant. )<br> ) | **Case No.** 1:14-CV-00579<br><br>**Hon. Judge** Gordon J. Quist |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that an original and one copy of Defendant's First Interrogatories and First Request for Production of Documents Directed to Plaintiff were served via First Class Mail, Postage Pre-Paid, upon Rebel Hays, 1120 Cedar St., Niles, Michigan 49120, this 20th day of November, 2014.

By:    /s/ Scott J. Dickenson
Scott J. Dickenson, *pro hac vice*
Lathrop & Gage, LLP
7701 Forsyth Blvd., Suite 500
Clayton, MO 63105
(314) 613-2800
sdickenson@lathropgage.com

-and-

Derek D. McLeod (P66229)
Jaffe Raitt Heuer & Weiss, PC
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
dmcleod@jaffelaw.com

Dated: November 20, 2014

**Attorneys for Defendant**

23099247v1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading was served by First Class Mail, postage pre-paid on this 20th day of November 2014 to the following:

Rebel Hays
1120 Cedar St.
Niles, MI 49120

/s/ Scott J. Dickenson