IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| REBEL HAYS<br>Plaintiff.<br><br>-v-<br><br>MEDICREDIT INC d/b/a<br>THE OUTSOURCE GROUP<br>Defendant. | **Case No.** 1:14-CV-00579<br><br>**Hon. Judge** Gordon J. Quist |

## NOTICE OF CONCURRENCE

COMES NOW Defendant Medicredit, Inc. ("Defendant"), by and through counsel, by and through counsel, and pursuant to Local Civil Rule 7.1(d), hereby notifies the Court that Defendant has obtained concurrence with *pro se* Plaintiff Rebel Hays regarding Defendant's Motion for Enlargement of Time to Select a Mediator in this matter under Local Civil Rule under Local Civil Rule 7.1(c) (Dkt. # 21).

By:   /s/ Scott J. Dickenson
Scott J. Dickenson, *pro hac vice*
Lathrop & Gage, LLP
7701 Forsyth Blvd., Suite 500
Clayton, MO 63105
(314) 613-2800
sdickenson@lathropgage.com

-and-

Derek D. McLeod (P66229)
Jaffe Raitt Heuer & Weiss, PC
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
dmcleod@jaffelaw.com

**Attorneys for Defendant**

23142502v1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above pleading was served by the Court's ECF system on this 2nd day of December 2014 on all parties of record.

                                              /s/ Scott J. Dickenson