# UNITED STATES DISTRICT COURT
*for the*
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| REBEL HAYS<br>Plaintiff. | } } } | |
| -v- | } } } | Case No. 1:14-CV-00579<br><br>Hon. Judge Gordon J. Quist |
| MEDICREDIT INC /D.B.A<br>THE OUTSOURCE GROUP<br>Defendants. | } } } } | |

FILED - GR
December 4, 2014 12:05 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _aid /_____ SCANNED BY ns, 12/4

## CERTIFICATE OF SERVICE

This is to certify that I (REBEL HAYS) have mailed copies of the attached Plaintiff's first round of Discovery Request for Interrogatories, Production and Admissions by first class certified mail USPS to all parties listed below on 10/31/14.

Dated: 10/31/14

Rebel Hays

1._____

Lathrop & Gage
Pierre Laclede Center, 7701
Forsyth Boulevard, Suite 500
Clayton, MO 63105
ATTN: Scott Dickenson

2._____

Jaffe Raitt Heuer & Weiss
27777 Franklin RD. Suite 2500
Southfield MI. 48034-8214
ATTN: Derek D. McLeod

Rebel Hays
1520 CEDAR St.
Niles, MI, 49120

U.S District Court
399 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI, 49503