UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBEL HAYS,

    Plaintiff,

v.

MEDICREDIT, INC. d/b/a
THE OUTSOURCE GROUP,

    Defendant.
_____/

Case No. 1:14-CV-00579

Hon. Gordon J. Quist

## NOTICE OF AGREEMENT ON SELECTION OF MEDIATOR

As Ordered by the Court on December 2, 2014, the parties have conferred and agreed upon William W. Jack, Jr. as mediator.

    Respectfully submitted,

    JAFFE, RAITT, HEUER & WEISS, P.C.

    By: s/ Derek D. McLeod
        Derek D. McLeod (P66229)
        27777 Franklin Road, Suite 2500
        Southfield, Michigan 48034
        (248) 351-3000
Dated: December 10, 2014    dmcleod@jaffelaw.com
        *Attorney for Defendant*
    -and-
    LATHROP & GAGE LLP
    Scott J. Dickenson
    7701 Forsyth Blvd., Suite 500
    Clayton, Missouri 63105
    (314) 613-2800
    sdickenson@lathropgage.com

2971501.1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBEL HAYS,

    Plaintiff,

v.

MEDICREDIT, INC. d/b/a
THE OUTSOURCE GROUP,

    Defendant.

_____/

Case No. 1:14-CV-00579

Hon. Gordon J. Quist

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2014, I caused the Notice of Agreement on Selection of Mediator to be electronically filed with the Clerk of the Court using the ECF system, and via First Class Mail to Rebel Hays, 1120 Cedar, Niles, MI 49120.

Respectfully submitted by:

**JAFFE RAITT HEUER & WEISS, P.C.**

By: s/ Derek D. McLeod
    Derek D. McLeod (P66229)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
dmcleod@jaffelaw.com

2971689.1